IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00399-BNB

PAUL I. POLLARD,

    Plaintiff,

v.

C/O R. ROMERO,
C/O LUNA,
C/O V. GARCIA,
C/O A. MARTINEZ,
C/O GOODRICH, and
C/O SMELSER,

    Defendants.





FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUPPLEMENT COMPLAINT

---

Plaintiff, Paul I. Pollard, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City. Mr. Pollard has filed *pro se* a civil rights complaint. The Court must construe the complaint liberally because Mr. Pollard is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Pollard will be ordered to supplement the complaint with additional information.

Mr. Pollard alleges that in March 2005 he was convicted under the Code of Penal Discipline with the disciplinary offense of dealing dangerous drugs. He failed to submit copies of the notice of charges and the disposition of charges for the disciplinary

offense. He only submitted copies of his appeals from the disciplinary conviction. He will be directed to submit copies of the notice of charges and the disposition of charges. Accordingly, it is

ORDERED that Mr. Pollard **within thirty (30) days from the date of this order** supplement the civil rights complaint with copies of the notice of charges and the disposition of charges for the disciplinary offense of dealing dangerous drugs. It is

FURTHER ORDERED that if Mr. Pollard fails within the time allowed to supplement the complaint as directed, the complaint and the action will be dismissed without further notice.

DATED March 1, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00399-BNB

Paul I. Pollard
Prisoner No. 66360
Colorado State Penitentiary
PO Box 777 - Unit C5-16
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/1/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk