IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00399–EWN–KLM

PAUL I. POLLARD,

    Plaintiff,

v.

C/O R. ROMERO,
C/O LUNA,
C/O V. GARCIA,
C/O A. MARTINEZ,
C/O GOODRICH,
C/O SMELSER,

    Defendants.

---

# ORDER

---

This matter comes before the court on the Order and Memorandum of Decision dated April 21, 2008. It is

**ORDERED** as follows:

1. This case shall be stayed pending the state court's decision concerning the validity of Plaintiff's disciplinary conviction and considering the possibility that Plaintiff would be willing to abandon his duration claim.

2. The parties shall, commencing May 1, 2008 and continuing every thirty days thereafter, file status reports concerning the state court proceedings.

Dated this 23rd day of April, 2008.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge