IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00399–EWN–KLM

PAUL I. POLLARD,

    Plaintiff,

v.

C/O R. ROMERO,
C/O LUNA,
C/O V. GARCIA,
C/O A. MARTINEZ,
C/O GOODRICH,
C/O SMELSER,

    Defendants.

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

    This is a civil rights case. Plaintiff Paul I. Pollard has filed a *pro se* complaint under 42 U.S.C. § 1983. Plaintiff alleges that Defendants R. Romero, Goodrich, A. Martinez, Smelser, V. Garcia and Luna (hereinafter "Defendants"), employees of the Colorado Department of Corrections ("CDOC"), violated his civil rights while acting under color of state law.

    At the time Plaintiff filed his complaint in this court, he had two cases pending in the District Court for Crowley County, Colorado, seeking judicial review of both the disciplinary and administrative hearings pursuant to C.R.C.P. 106(a)(4). These two cases are currently pending before the Colorado Court of Appeals and the court suspects that they will remain

pending before the Supreme Court of Colorado for an indefinite period of time. No good purpose would be served by keeping the case open, requiring status reports, and continuing further monitoring.

It is therefore ORDERED that the case is administratively closed subject to reopening for good cause by either party. D.C.Colo.LCivR 41.2.

Dated this 28th day of August, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge